IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LAQURIS M. WESTBROOK | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-369 |
| WARDEN, FCI BEAUMONT, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff LaQuris M. Westbrook, a prisoner previously confined at the Federal Correctional Institution (FCI) in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against the Warden of FCI Beaumont, Disciplinary Hearing Officer Bowery, Case Manager Coleman, and Unit Counselor Collins.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On September 30, 2026, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(e) for failure to state a claim. To date, the parties have not filed objections to the report and recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 7] is ADOPTED. A final judgment will be entered in accordance with this order.

**SIGNED this 14th day of November, 2026.**

Michael J. Truncale
United States District Judge